**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| THOMAS M. DOLAN, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 1:25-cv-15232 |
| UNITED AIRLINES, INC., THE BOARD OF DIRECTORS OF UNITED AIRLINES, INC., THE ADMINISTRATIVE COMMITTEE, THE INVESTMENT COMMITTEE, THE VENDOR SELECTION AND OVERSIGHT COMMITTEE, and JOHN DOES 1-40, | ) ) ) ) ) ) ) ) ) | Hon. Sharon Johnson Coleman |
| Defendants. | ) | |

**MOTION TO DISMISS COMPLAINT**

Defendants United Airlines, Inc., the Administrative Committee, the Investment Committee, and the Vendor Selection and Oversight Committee ("United") hereby move to dismiss the complaint under Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) for the reasons explained in the Memorandum in Support of Motion to Dismiss accompanying this Motion. In support of its motion, United states the following:

1.     Plaintiff Thomas M. Dolan lacks standing under Rule 12(b)(1) to bring his claims and seek his requested relief, including injunctive and declaratory relief, because he has not alleged an injury-in-fact or a threat of future injury.

2.     Dolan also fails to state a fiduciary breach claim under the Employee Retirement Income Security Act of 1974 (ERISA) based on the alleged underperformance of one investment option in the United Airlines Pilot Retirement Account Plan because his allegations are deficient under binding Seventh Circuit authority.

3. Finally, Dolan has failed to state facts to support his claim that certain fiduciaries failed to adequately monitor other fiduciaries or to support any claims against Defendants the Administrative Committee and the Vendor Selection and Oversight Committee.

WHEREFORE, Defendants respectfully request that the Court enter an order dismissing the complaint with prejudice.

Dated: March 9, 2026

Respectfully submitted,

By: /s/ Joseph J. Torres
Joseph J. Torres
Alexis E. Bates
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654
(312) 222-9350
JTorres@jenner.com
ABates@jenner.com

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that on March 9, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

*/s/ Joseph J. Torres*